IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ROSE MARIE LANGLAND,

                Plaintiff,

v.

COULEECAP,

                Defendant.

ORDER

19-cv-981-wmc

---

In this lawsuit, *pro se* plaintiff Rose Marie Langland alleges that her former employer, defendant Couleecap, discriminated against her on the basis of her disability in violation of the Americans with Disabilities Act ("ADA"). Today the court held a telephonic hearing at which Langland and counsel for Couleecap participated to address: defendant's motion to compel plaintiff's deposition (dkt. #21); plaintiff's opposition, in which she seeks a 45-day extension of this case to retain counsel and amend her complaint to include a claim under the Age Discrimination in Employment Act ("ADEA"); and defendant's motion to extend the April 2, 2021, dispositive motion deadline (dkt. #28).

Consistent with the court's rulings during that hearing, the court ORDERS as follows:

1. Defendant's motion to compel plaintiff's deposition (dkt. #21) is GRANTED, and plaintiff's request to stay this matter for 45 days while she retains counsel is DENIED. Plaintiff's deposition will proceed on **Friday April 16, 2021, at 1:00 p.m., via videoconference**. Plaintiff will sit for the deposition at the courthouse, located at 120 N. Henry Street, in Madison, Wisconsin 53703. Plaintiff is DIRECTED to arrive at the courthouse on April 16 by 12:30 p.m.

She should proceed directly to the Clerk's Office, located on the third floor of the building, Suite 320, where she will receive guidance about where the deposition will take place and how to use the court's technology. The parties should contact the clerk's office at (608) 264-5156 to make any arrangements necessary to conduct the videoconference. Plaintiff is advised that she will be required to wear a mask while she is in common areas inside the courthouse or interacting with courthouse staff, but she will be allowed to take the mask off during the deposition itself.

2. Defendant's motion to extend the dispositive motion deadline (dkt. #28) is GRANTED. Dispositive motions are due **May 10, 2021**; the opposition deadline is **June 10, 2021**; any reply is due **June 20, 2021.**

3. The court GRANTS plaintiff's request that her claim in this lawsuit be brought under both the ADA and ADEA.

4. **On or before April 14, 2021**, plaintiff must send defense counsel an email containing the names of any other Couleecap employees who were treated differently than she on the basis of her age and/or disability.

5. The clerk of court is directed to send plaintiff a copy of this court's summary judgment procedures along with this order.

Entered this 9th day of April, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge